### AIKEN *v.* REYNOLDS.

LUMPKIN, J. None of the charges to which exceptions were taken were erroneous for any of the reasons assigned. The entire charge presented the case fully, and was quite as fair to the defendant as it should have been. The evidence authorized the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 18, 1910.

Action for damages. Before Judge Lewis. Greene superior court. January 4, 1909.

*Park & Park,* for plaintiff in error. *Miles W. Lewis,* contra.